**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-73T** **DATE: June 22, 2005**

**TITLE: USA v. Virgilio Jimenez**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Stephen Dambruch, AUSA
Kevin Fitzgerald, Esq. (Standing in only)
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Initial Appearance:

Federal Public Defender standing in.
Court reviews status of attorney representation.
Deft to retain counsel - Donna Uhlmann.
Court reads charge and rights.
Deft understands charge and rights.
Govt requests detention.
Arraignment and Detention Hearing scheduled for 6/24/05 at 3:00 p.m. before MJ Martin.
Deft remanded to custody pending hearing before MJ Martin.