1036283

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUN 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

VIRGILIO JIMENEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR05-73T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VIRGILIO JIMENEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

| | |
|---|---|
| JEANNINE THEALL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| J. Theall<br>Signature of Issuing Officer | June 15, 2005 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI upon being released on PR on state case | | |
| DATE RECEIVED 06/15/2005<br>DATE OF ARREST 06/17/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>Charles Wyatt<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Chal Wyatt |

SCANNED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.