**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-73T** **DATE: June 24, 2005**

**TITLE: USA v. Virgilio Jimenez**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Stephen Dambruch, AUSA
Donna Uhlmann, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment and Waiving of Detention Hearing:

Deft informed of charge and rights.
Deft understands charge and rights.
Deft pleads not guilty.
Arraignment order entered by the Court.
Deft waives detention hearing due to outstanding warrants.
Deft remanded to custody.