AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Virgilio Jimenez

APPEARANCE

CASE NUMBER: CR 05-73T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Virgilio Jimenez

I certify that I am admitted to practice in this court.

6/24/05
*Date*

[signature]
*Signature*

*Print Name* *Bar Number* 3371

*Address* 1 davol sq.

*City* prov. *State* ri *Zip Code* 02903

*Phone Number* 421-9700 *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.