UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR05-73T

VIRGLIO JIMENEZ, a/k/a
MOISES REYES

**MOTION FOR EXTENSION OF TIME FOR FILING OF MOTIONS**

NOW COMES Defendant in the above-captioned matter and respectfully moves this Honorable Court for Extension of Time for Filing of Motions. Counsel for Defendant intends to file several Motions and has received Discovery from the Government within the past fourteen (14) days and requires additional time to prepare said Motions and accompanying Memorandum.

Respectfully submitted,
VIRGLIO JIMENEZ
By his attorney

______________________________
DONNA A. UHLMANN
1 Davol Square, Suite 100
Providence, RI 02903
(401) 421-9700

**CERTIFICATION OF SERVICE**

Undersigned hereby certifies that a copy of the within was hand-delivered to the U.S. Attorney's Office for Stephen Danbruch, Esq., at 50 Kennedy Plaza, Providence, RI on the 25th day of July, 2005.

______________________________