UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR05-73T

VIRGLIO JIMENEZ, a/k/a
MOISES REYES

**MOTION FOR EXTENSION OF TIME**
**FOR FILING OF MOTIONS**

NOW COMES Defendant in the above-captioned matter and respectfully moves this Honorable Court for Extension of Time for Filing of Motions. Counsel for Defendant intends to file several Motions and has received Discovery from the Government within the past fourteen (14) days and requires additional time to prepare said Motions and accompanying Memorandum.

The government having no objection the motion is GRANTED.

David L. Martin
United States Magistrate Judge
August 2, 2005

Respectfully submitted,
VIRGLIO JIMENEZ
By his attorney

DONNA A. UHLMANN
1 Davol Square, Suite 100
Providence, RI 02903
(401) 421-9700

**CERTIFICATION OF SERVICE**

Undersigned hereby certifies that a copy of the within was hand-delivered to the U.S. Attorney's Office for Stephen Danbruch, Esq., at 50 Kennedy Plaza, Providence, RI on the 25th day of July, 2005.