UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED AUG 03 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR No: 05-73T

VIRGILIO JIMENEZ

**MOTION FOR CONTINUANCE OF EMPANELMENT**

NOW COMES the accused, VIRGILIO JIMENEZ, by and through counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on August 16, 2005, for an additional thirty (30) days or to the Court's September trial calendar.

The trial of this matter is currently scheduled for jury empanelment on August 16, 2005, and trial thereafter. A Motion for Enlargement of Time for Filing of Motions has been filed.

The time requested under this Motion is specifically excludable under the Speedy Trial Act, 18 USC sec. 3161 (F), as the delay is directly attributable to the filing of the Motion for Enlargement of Time for Filing of Motions.

At a pre-trial hearing before the Honorable Magistrate Judge Almond on August 1, 2005, it was determined that the Government had fully complied with Discovery on July 25, 2005 and that Stephen G. Dambruch, Esq., Assistant United States Attorney, has no objection to the granting of this Motion.

GRANTED

Ernest C. Torres
Chief, US District Judge 8/12/05

All Motions shall be filed
no later than August 31,
2005.