IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-073T |
| | ) | |
| VIRGILIO JIMENEZ | ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE OF THE JURY**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant U.S. Attorney, and hereby submits to the Court a list of questions which it respectfully asks the Court to inquire of each member of the jury panel in the above-entitled case:

1. What is your present occupation or, if you are presently unemployed or retired, your previous occupation?
2. What is your marital status?
3. What is your spouse's present occupation or your spouse's previous occupation if now unemployed or retired?
4. How many children do you have and what are their ages?
5. If employed, what are the occupations of your children?
6. Do you know, or have you conducted business with, any of the attorneys in this case?
7. Do you know, or have you conducted business with the defendant?

8. Do you know, or have you conducted business with any of the possible witnesses in this case?

9. Do you have any background in law enforcement or the law?

10. Have you attended law school or participated in a criminal justice program?

11. Have you ever been employed as an investigator, legal secretary, paralegal, attorney, or worked in a law office in any other capacity?

12. Have you ever served as a juror before? If so, was it in a civil or criminal case?

13. If you have previously served as a juror, without telling us what the verdict was, could you please tell us whether the jury on which you served reached a verdict?

14. Have you, any member of your family, or a friend, ever used illegal drugs, been treated for drug addiction, been charged with an offense involving illegal drugs, or had any involvement with drugs?

15. Do you favor the legalization of cocaine, marijuana or of any other illegal drug? Do you belong to any organization that favors the legalization of cocaine, marijuana or of any other illegal drug?

16. Have you or any member of your family ever owned a firearm? If so, what kind of firearm do you or your family member own and why do you or he/she own the firearm?

17. Are you or any member of your family a member of any group or organization that engages in any activities involving firearms, such as a shooting club or hunting club?

18. Have you or any member of your family ever been a member of a group or organization that has taken a public position and/or engaged in lobbying efforts concerning the nation's firearms laws?

19. Do you have any beliefs or views about the nation's gun laws, or about the manner in which the nation's gun laws are enforced, that could make it difficult for you to serve as a fair and impartial juror in this case?

20. Do you believe that the nation should not have any gun laws at all? If so, why not?

21. Is there anyone who could not follow the law as the trial judge, Chief Judge Torres, instructs you? In other words, is there anyone who would decide the case based upon what you believe the law should be, instead of what Chief Judge Torres instructs you that the law actually is?

22. In this case, the government expects that you will hear testimony from law enforcement officers. Is there anything in your background and experience that would cause you to give less weight to the testimony of law enforcement officers, or view them less favorably than other witnesses?

23. On the other hand, is there anything in your background and experience that would cause you to give greater weight to the testimony of law enforcement officers simply because they are law enforcement officers?

25. If the government has failed to prove its case beyond a reasonable doubt against the defendant, is there anybody here who would not acquit the defendant?

26. If you are satisfied, on the other hand, that the government has proven its case beyond a reasonable doubt, is there anybody here who would have difficulty returning a guilty verdict?

27. Based on what you heard about this case and the questions asked here today is there anything that you think might prevent you from being a fair and impartial juror in this case or make it difficult for you to render a verdict?

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Stephen G. Dambruch
Assistant U. S. Attorney

CERTIFICATION

I hereby certify that on the 11th day of August, 2005, I mailed a true copy of the within Government's Proposed Voir Dire to Donna A. Uhlmann, Attorney at Law, 1 Davol Square, Suite 100, Providence, Rhode Island 02903.