**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR 05-0073 |
| | : | **CR. No. 05-0110$** |
| | : | |
| **v.** | : | **In Violation of 21 U.S.C. § 851** |
| | : | |
| | : | |
| **VIRGILIO JIMINEZ, a/k/a Moises Reyes** | : | |

**INFORMATION CHARGING PRIOR OFFENSE**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, VIRGILIO JIMINEZ, a/k/a Moises Reyes, who was charged by the United States Grand Jury in the District of Rhode Island on the 16th day of June, 2005 in the single count of an indictment with possession with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1)&(b)(1)(B), of having been previously convicted of three felony drug offenses as described below:

1. On or about June 4, 1992, VIRGILIO JIMINEZ, was convicted before the Supreme Court for the State of New York

(case number 14421-91) of one count of third degree criminal possession of a controlled substance (dangerous drug), a felony drug offenses under state law, and was sentenced on July 30, 1992 to a term of one to three years imprisonment (see attached certificate of disposition indictment).

2. On or about June 4, 1992, VIRGILIO JIMINEZ, was convicted before the Supreme Court for the State of New York (case number 3616-92) of one count of fourth degree criminal possession of a controlled substance (dangerous drug), a felony drug offenses under state law, and was sentenced on July 30, 1992 to a term of one to three years imprisonment (see attached certificate of disposition indictment).

3. On or about June 4, 1992, VIRGILIO JIMINEZ, was convicted before the Supreme Court for the State of New York (case number 3726-92) of one count of third degree criminal sale of a controlled substance (crack), a felony drug offenses under state law, and was sentenced on July 30, 1992 to a term of one to three years imprisonment (see attached certificate of disposition indictment).

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that defendant VIRGILIO JIMINEZ, has three previous convictions for felony drug offenses and therefore is subject to a term of imprisonment of not less than ten (10) years and not more than life imprisonment, a fine of not more than four

million dollars ($4,000,000), and a term of supervised release of not less than eight (8) years and not more than life.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 23RD day of August, 2005, a copy of the within "Information Charging Prior Conviction" was mailed, postage prepaid, to Donna Uhlmann, Attorney at Law, One Davol Square, Suite 100, Providence, Rhode Island 02903.