**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-073T** |
| | ) | |
| **VIRGILIO JIMINEZ** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BRADY MATERIAL**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby responds to defendant's Motion for *Brady* Material as follows:

1. The government is aware of its duty to disclose exculpatory evidence; and,

2. The government will provide the defendant with any additional material or information which comes to its attention, within the meaning of Giles v. Maryland, 386 U.S. 66 (1967), Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972), which tends to negate the guilt of the accused or to reduce his punishment for the offense charged.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2005, I mailed a copy of the within Government's Response to Donna A. Uhlmann, 1 Davol Square, Suite 100, Providence, RI 02903.