**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-73T** **DATE**: September 15, 2005
**TITLE OF CASE:** USA v. Virgilio Jimenez

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Stephen G. Dambruch. AUSA

Defendant: Donna Uhlmann, Esq.

---

**PROCEEDINGS:** **Hearing on Motions to Suppress Statements and Physical Evidence**

All counsel of record present. Defendant present. Court addresses. Defense passes on Motion for Brady Material. Defense raises question as to court intern as he was present in his capacity as a police officer at the time the search warrant was executed. Court explains intern’s position with the court and at this time does not see a conflict. Defense addresses and argues Motion to Suppress Evidence. Court finds that the affidavit is ample as means for establishing probable cause. Motion to Suppress Evidence is denied. Defense objects to conclusion of argument on motion. One witness called. Two exhibits entered full. Counsel delivers closing arguments. Court addresses. Court denies Motion to Suppress Statements.