UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNTIED STATES OF AMERICA

VS. C.R. No: 05-73T

VIRGILIO JIMINEZ

**DEFENDANT'S NOTICE OF INTENTION TO PLEAD GUILTY**

NOW COMES Defendant in the above-captioned matter and respectfully gives Notice to this Honorable Court of his intention to enter a plea of Guilty to the Indictment. Defendant gives this Notice prior to the empanelment of the jury.

Respectfully submitted,
VIRGILIO JIMINEZ
By his attorney

DONNA A. UHLMANN
1 Davol Square, Suite 100
Providence, RI 02903
(401) 421-9700

**CERTIFICATION OF SERVICE**

Undersigned hereby certifies that a copy of the within was transmitted, via facsimile, to Stephen Danbruch, AUA, on the 19th day of September, 2005.