**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

| | | |
|---|---|---|
| **CASE NUMBER:** | **CR05-73T** | **DATE**: September 20, 2005 |
| **TITLE OF CASE:** | USA v. Virgilio Jimenez | |
| **CHIEF JUDGE:** | **ERNEST C. TORRES** | |
| **COURTROOM CLERK:** | **Lucia Cristina Leyva** | |
| **COURT REPORTER:** | **Joseph Fontes** | |
| **COURT INTERPRETER:** | **N/A** | |
| **PROBATION:** | **N/A** | |

**COUNSEL PRESENT**

Government: Stephen G. Dambruch, AUSA

Defendant: Donna Uhlmann, Esq.

**PROCEEDINGS:** **Change of Plea**

All counsel of record present. Defendant present. Court addresses. Government summarizes charge, elements of proof and maximum potential penalties. No plea agreement. Defendant sworn. Court questions defendant. Defendant raises some questions pertaining to sentencing possibilities and substance seized as part of the execution of the warrant in this case. Court addresses defendant's questions. Court reviews rights that defendant gives up by entering a guilty plea and the difference between a guilty plea and a not guilty plea. Government summarizes facts it would prove at trial. Court has government restate proffer. Defendant raises issue with Government's version. Court has government restate second version of its proffer. Court finds defendant competent and capable of entering an informed plea**.** Court finds that defendant understands the charge, the potential penalties and the rights that he gives up by entering a guilty plea. Court finds that the plea is made voluntarily and there is a factual basis for said plea. Court accepts defendant's plea of guilty and finds the defendant guilty. Sentencing set for Friday, January 13, 2006 at 9:30 a.m.