**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America,
Plaintiff

vs. C.R. No. 05-73T

Virgilio Jimenez,
Defendant

**ORDER**

For reasons stated in open court on September 15,2005, Defendant's Motion to Suppress Statements is hereby denied. Further, Defendant's Motion to Suppress Physical Evidence is also denied. Defendant's Motion for Brady Material is passed at the request of defense counsel.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 10/5/05