UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES

VS. C.R.05-73T

VIRGILIO JIMENEZ

**MOTION TO WITHDRAW**

NOW COMES Counsel in the above-captioned matter and respectfully moves to withdraw as attorney of record. As grounds therefore, Counsel states that Martin D. Harris, Esq. entered his appearance on November 1, 2005.

Respectfully submitted,

DONNA A. UHLMANN
1 Davol Square, Suite 100
Providence, RI 02903
(401) 421-9700
(401) 351-7847 FAX

**CERTIFICATION OF SERVICE**

Undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to Virgilio Jiminez, Donald Wyatt Facility, 950 High Street, Central Falls, RI 02863, United States Probation 2 Exchange Terrace 3rd Fl, Providence, RI 02903, US Attorney's Office, Stephen Dambruch, AUSA, Fleet Center, 8th FL, 50 Kennedy Plaza, Providence, RI 02903 and Martin D. Harris, Esq. 132 Dorrance St. Providence, RI 02903.