UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.                                           C.R. No. 05-73T

VIRGILIO JIMENEZ,
Defendant

**ORDER**

Defendant's Motion to Withdraw as Attorney of Record is hereby DENIED.  No other counsel has entered an appearance on behalf of the defendant.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 12/14/05