**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 05-73T

VIRGILIO JIMENEZ,
Defendant

**ORDER**

Defendant's Motion to Withdraw as Attorney of Record is hereby DENIED. No other counsel has entered an appearance on behalf of the defendant.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 12/14/05