AO 458 (Rev. 5/85) Appearance

# United States District Court

United States DISTRICT OF Rhode Island

## APPEARANCE

CASE NUMBER: 05-73T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Virgilio Jimenez

12-20-05

*Date*

*Signature*

Martin D. Harris, Esq. #3167

*Print Name*

132 Dorrance St.

*Address*

Providence, RI 02903

*City* *State* *Zip Code*

(401) 273-4990

*Phone Number*