UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
Vs. ) Docket No.: CR 05-00073-01T
)
VIRGILIO JIMENEZ )
)

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes the Defendant by and through counsel and moves this Honorable Court for Continuance of Sentencing. Sentencing is currently scheduled for January 13, 2006. A brief memorandum in support is heretofore attached. Counsel reserves the right to supplement the instant motion.

WHEREFORE and for the aforementioned reasons, it is respectfully requested that the instant Motion for Continuance of Sentencing be granted. Counsel requests a continuance of about three weeks, specifically until February 2, 2006.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I , the undersigned, do hereby certify that on the 29th day of December 2005, I caused to mailed a true copy of the within to Attorney Stephanie Brown, Office of the U.S. Attorney General, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and Probation Officer Heather McLaughlin, United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**Vs. ) Docket No.: CR 05-00073-01T**
**)**
**VIRGILIO JIMENEZ )**
**)**

**<u>MEMORANDUM IN SUPPORT OF MOTION</u>**
**<u>FOR CONTINUANCE OF SENTENCING</u>**

Defendant is currently scheduled for sentencing on or about January 13, 2006. Defendant's Presentence Report reflects that Defendant's recommended sentence is quite high, specifically, defendant's total offense level is 35, his criminal history category is VI, and the guideline range is 292 to 365 months. A copy of the PSR is heretofore attached. Counsel requests additional time to investigate additional basis in support of the Motion for Downward Departure, which was previously filed with the court.

It is believed that a brief continuance of about three weeks, specifically February 2, 2006, may be warranted in the interests of justice and for the sake of judicial economy. Counsel reserves the right to supplement the instant motion and memorandum in support thereof.

WHEREFORE, and for the aforementioned reasons, it is respectfully requested that defendant's Motion for Continuance of Sentencing be granted.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I , the undersigned, do hereby certify that on the 29th day of December 2005, I caused to mailed a true copy of the within to Attorney Stephanie Brown, Office of the U.S. Attorney General, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and Probation Officer Heather McLaughlin, United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.