**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-073T** |
| | ) | |
| **VIRGILIO JIMINEZ** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby states that there are no objections to defendant's Motion For Continuance of Sentencing.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2006, I mailed a copy of the within Government's Response to Martin D. Harris, Esq., 132 Dorrance Street, Providence, RI 02903.

Paula Horsey