FILED

DEC 2 9 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**Vs. )** **Docket No.: CR 05-00073-01T**
**)**
**VIRGILIO JIMENEZ )**
**)**

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes the Defendant by and through counsel and moves this Honorable Court for Continuance of Sentencing. Sentencing is currently scheduled for January 13, 2006. A brief memorandum in support is heretofore attached. Counsel reserves the right to supplement the instant motion.

WHEREFORE and for the aforementioned reasons, it is respectfully requested that the instant Motion for Continuance of Sentencing be granted. Counsel requests a continuance of about three weeks, specifically until February 2, 2006.

Respectfully submitted,
By His Attorney,

**PASSED AS MOOT**

Martin Harris/mp
Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I , the undersigned, do hereby certify that on the 29th day of December 2005, I caused to mailed a true copy of the within to Attorney Stephanie Brown, Office of the U.S. Attorney General, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and Probation Officer Heather McLaughlin, United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.