O

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | Docket No.: CR 05-00073-01T |
| | ) | |
| VIRGILIO JIMENEZ | ) | |
| | ) | |

## NOTICE OF APPEAL

Now comes the Defendant, Virgilio Jimenez, and hereby files this Notice of Appeal from the sentence imposed at the United States District Court for the District of Rhode Island by the Honorable Chief Justice Ernest C. Torres on or about March 23, 2006. Defendant has attached hereto a form executed separate and apart as further documentation in support of the instant request for appeal.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I , the undersigned, do hereby certify that on the 29th day of March 2006, I caused to mailed a true copy of the within to Attorney Stephanie Brown, Office of the U.S. Attorney General, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and Probation Officer Heather McLaughlin, United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

David A. DiMarzio
Clerk of Court

# UNITED STATES DISTRICT COURT
## District of Rhode Island

Paulette Dube
Chief Deputy Clerk

October 28, 2005

David DiMarzio, Clerk
United States District Court
One Exchange Terrace
Providence, RI 02903

Attention: Lucia Cristina Leyva, Deputy Clerk

Re: United States of America v. Virgilio Jimenez
CR No. 05-73T

Dear Clerk:

This is to inform you that, pursuant to the Court's instructions, I have discussed the possibility of an appeal with my client and my client has informed me that:

[ ] he(she) does not wish to appeal the sentence imposed in the above case

[ ] he(she) has not been responsive to my inquiries as to whether or not he(she) wishes to appeal the sentence imposed in the above case

[X] he(she) requested that an appeal be filed with respect to the above case

3-28-06

Sincerely,

Attorney for Defendant