Virgilio Jimenez
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA)Case NO.05-73T
)NOTICE OF APPEAL
VS. )
)
VIRGILIO JIMENEZ )
)

COMES NOW the Defendant, Virgilio Jimenez, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court, on March 24, 2006.

Respectfully submitted this, 24 day of March, 2006

Copy mailed this 24 day of March, 2006, to each of following;

Virgilio Jimenez/Defendant's

David Dimarzio, Clerk
United States District Court
One Exchange Terrace
Providence, RI 02903