UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.: CR 05-73L C.A.#_______________

2. TITLE OF CASE - US v. Jimenez

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

   Martin Harris, 132 Dorrance St., Prov., RI 02903

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

   Stephanie Browne, 50 Kennedy Plaza, Prov., RI 02903

5. NAME OF JUDGE: Ernest Torres

6. COURT-APPOINTED COUNSEL ___YES _x__NO

7. FEE PAID _x_YES __NO

8. IN FORMA PAUPERIS _____YES _x___NO

9. RELATED CASE ON APPEAL ______YES

   C.C.A. # (IF AVAILABLE) _______

   DATE OF LAST N.O.F.A. FILED __________

10. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 29, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CR 05-73T***

Dear Mr. Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Barbara J. Gilfillan
DEPUTY CLERK

ENC: Certified Docket

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, dated March 29, 2006

David A. DiMarzio, CLERK

BY: *Barbara J. Gilfillan*
DEPUTY CLERK