# United States Court of Appeals
## For the First Circuit

05-00073
Rhode Island
E. Torres

No. 06-1554

UNITED STATES,
Appellee,

v.

VIRGILIO JIMENEZ,
Defendant - Appellant.

**JUDGMENT**

Entered: May 2, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered April 5, 2006, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 06-1553. Appellant was warned that failure to respond by April 19, 2006 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Defendant's appeal shall proceed under No. 06-1553.

By the Court:
Richard Cushing Donovan, Clerk

By: ______________
Operations Manager

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Gallardo
Deputy Clerk

Date: 5.24.06

[cc: Virgilio Jimenez, Martin D. Harris, Esq., Stephani Brown, AUSA, Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA ]