# United States Court of Appeals
## For the First Circuit

No. 06-1553

UNITED STATES

Appellee

v.

VIRGILIO JIMENEZ, a/k/a Moises Reyes

Defendant - Appellant

**ORDER OF COURT**

Entered: June 20, 2006
Pursuant to 1st Cir. R. 27(d)

      Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
        Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calaido   Date: 6-20-06

[Certified copies to Honorable Ernest C. Torres, David DiMarzio, Clerk]

[cc: Martin D. Harris, Esq., Stephanie Brown, AUSA, Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA]