# United States Court of Appeals

## For the First Circuit

DC/RI

Dc # 05-00073

**MANDATE**

Clerk: DiMarzio

Honorable: Ernest C. Torres

No. 06-1553

UNITED STATES OF AMERICA,

Appellee,

v.

VIRGILIO JIMENEZ,

Defendant, Appellant.

---

**JUDGMENT**

Entered: December 27, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appellant's conviction and sentence are affirmed.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 1/16/08

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Martin D. Harris, Esq., Elaine Pourinski, Esq., Stephanie Brown, Esq., Stephen G. Dambruch, Esq., Donald Lockhart, Esq. and Robert Clark Corrente, Esq.]